UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jillian Kern

     v.                          Civil No. 09-cv-00076-JL

Wilcox Industries
Corporation, et al.

**ORDER AFTER PRELIMINARY
PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on **June 11, 2009.**

The Discovery Plan (document no. 7) is approved as submitted, with the following changes:

- "DiBennedetto" disclosure by defendant--**August 1, 2009**

- Close of discovery--**January 15, 2010**

Based on the discussions between the court and counsel at the conference, the following affirmative defenses are **stricken without prejudice to being reinstated** on request if warranted by the evidence:  fourth (none of the plaintiff's claims are barred by workers' compensation law); thirteenth (comparative

negligence); fourteenth (plaintiff's misconduct); and twentieth (statute of limitations).[1]

**Summary Judgment.**   The parties and counsel are advised that compliance with Rule 56 and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 12, 2009

cc:  L. Daniel Marr, Esq.
     Jennifer L. Parent, Esq.

---

[1]Plaintiff's counsel has asserted that the plaintiff seeks no damages arising prior to April 2007.

2